**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALFRED JOSEPH, ESQ.,

                  Plaintiff,

-against-                                  23 **CIVIL 3515** (GHW)

                                                  **JUDGMENT**

STATE OF NEW YORK; MR. JORDAN EL-HAG;
DENNIS FERNANDEZ; THE MIRIAM SENIOR
LIVING; THE MUSICIAN OSBORNE MEMORIAL
HOME ASSOCIATION; JUDGE LAURA TAYLOR
SWAIN; CHRISTOPHER FERRARI,

                  Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 16, 2023, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962), accordingly, this case is closed.

**Dated:**  New York, New York

      May 17, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                         **BY:**

                                                          **Deputy Clerk**